**Order entered September 4, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01683-CV

### STEVEN CREAR SR., Appellant

### V.

### US BANK NATIONAL ASSOCIATION ET AL., Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02460-A**

## ORDER

We **DENY** appellant's August 20, 2014 motion to show cause.


/s/     ELIZABETH LANG-MIERS
        JUSTICE